

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-19-00042-CR

Laura **BRISENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2622
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due May 1, 2019. On that day, appellant filed a motion for extension of time, seeking an additional sixty days to file her brief. After consideration, we **GRANT IN PART AND DENY IN PART** appellant's motion. We **ORDER** appellant to file her brief in this court **on or before May 31, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court